UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MURPHY,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 1:15-cv-222-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties (Doc. 14), and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including October 30, 2015, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the February 11, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 2, 2015**      /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE